UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| PLANNED PARENTHOOD OF MARYLAND, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, in his official capacity, *et al.*,<br><br>*Defendants*. | Case No. CCB-20-00361 |

## [PROPOSED] ORDER

Based on discussions with the parties during the Court's April 14, 2020 telephonic status conference, the Court hereby adopts the following revised briefing schedule for the parties' cross-motions for summary judgment:

1. **May 5, 2020** – Deadline for Defendants to file: (1) in lieu of an answer, a combined response to Plaintiffs' motion for summary judgment and a cross-motion for summary judgment (not to exceed 55 pages); and (2) the certified Administrative Record;

2. **May 22, 2020** – Deadline for Plaintiffs to file: (1) a combined response to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment (not to exceed 45 pages); and (2) another copy of their original memorandum in support of summary judgment that is identical to the version filed March 2, 2020, with the exception that Plaintiff will add pin cites to the Administrative Record;

3. **June 1, 2020** – Deadline for Defendants to file a reply in support of their cross-motion for summary judgment (not to exceed 30 pages).

SO ORDERED this __15th__ day of __April__, 2020.

_____/S/_____
JUDGE CATHERINE C. BLAKE
UNITED STATES DISTRICT JUDGE