IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| PLANNED PARENTHOOD OF MARYLAND, INC., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of the United States Department of Health and Human Services, in his official capacity, *et al.*, <br><br> *Defendants*. | No. 1:20-cv-361-CCB |

## [PROPOSED] ORDER

Upon review of the Parties Joint Motion for Entry of Supplemental Briefing Schedule, the Court grants the motion and orders the parties to file their respective briefing as follows:

- **June 9, 2020**: Deadline for Plaintiffs to file a supplemental brief addressing the revised implementation deadline in support of their motion for summary judgment and in opposition to Defendants' cross-motion for summary judgment (not to exceed 5 pages);

- **June 15, 2020**: Deadline for Defendants to file a supplemental brief addressing the revised implementation deadline in opposition to Plaintiffs' motion for summary judgment and in support of Defendants' cross-motion for summary judgment (not to exceed 5 pages);

- **June 17, 2020**: Deadline for Plaintiffs to file an optional reply addressing the revised implementation deadline in support of their motion for summary judgment (not to exceed 2 pages);

- **June 19, 2020**: Deadline for Defendants to file their opposition to Consumer Plaintiffs' motion for class certification (not to exceed 35 pages);

- **June 26, 2020**: Deadline for Consumer Plaintiffs to file their reply in support of their motion for class certification (not to exceed 20 pages).

SO ORDERED this 12th day of June, 2020.

/S/
_____
Judge Catherine C. Blake
United States District Judge