FILED: September 18, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2006
(1:20-cv-00361-CCB)

_____

PLANNED PARENTHOOD OF MARYLAND, INC.; KIRSTY HAMBRICK; REBECCA BARSON; MARIEL DIDATO; TONJA HOLLANDER

   Plaintiffs - Appellees

v.

ALEX M. AZAR, II, Secretary of the United States Department of Health and Human Services, in his official capacity; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; SEEMA VERMA, Administrator of the Centers for Medicare and Medicaid Services, in her official capacity; CENTERS FOR MEDICARE & MEDICAID SERVICES

   Defendants - Appellants

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:20-cv-00361-CCB |
| Date notice of appeal filed in originating court: | 09/04/2020 |
| Appellant(s) | Alex M. Azar, II, US Department of Health & Human Services, Seema Verma and Centers for Medicare & Medicaid Services |
| Appellate Case Number | 20-2006 |

| Case Manager | Cathi Bennett<br>804-916-2702 |