FILED: September 28, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-2006
(1:20-cv-00361-CCB)

_____

PLANNED PARENTHOOD OF MARYLAND, INC.; KIRSTY HAMBRICK; REBECCA BARSON; MARIEL DIDATO; TONJA HOLLANDER

      Plaintiffs - Appellees

v.

XAVIER BECERRA, Secretary of the United States Department of Health and Human Services, in his official capacity; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; SEEMA VERMA, Administrator of the Centers for Medicare and Medicaid Services, in her official capacity; CENTERS FOR MEDICARE & MEDICAID SERVICES

      Defendants - Appellants

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*