**Brown Goldstein & Levy**

Andrew D. Freeman
adf@browngold.com

October 27, 2021

**Via ECF**

Hon. Catherine C. Blake
United States District Judge
101 West Lombard Street
Chambers 7D
Baltimore, MD 21201

   Re: *Planned Parenthood of Maryland, et al. v. Becerra, et al.*
     Civil Action No. CCB-20-00361

Dear Judge Blake,

  On behalf of the Plaintiffs, I write regarding Plaintiffs' application for attorneys' fees and costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, which is due to be filed with the Court by tomorrow, October 28, 2021. The parties are currently engaged in negotiations in an attempt to resolve the issue of attorneys' fees and costs without Court involvement, but we will be unable to resolve the matter before the October 28 deadline.

  Plaintiffs therefore request that the Court permit Plaintiffs to file a motion for attorneys' fees and costs containing the basic elements required by EAJA on October 28, but defer until January 15, 2022, the filing of their memorandum in support and further documentation, should the parties be unable to resolve this matter. The time for Defendants' response to the motion would not begin to run until Plaintiffs file their memorandum in support of the motion.

  Defendants have authorized us to state that they do not oppose this approach.

  If the Court has any questions regarding this proposal, we would be glad to participate in a conference call with the Court or to provide a status report whenever the Court desires.

      Sincerely,

      Andrew D. Freeman

cc: All counsel (via ECF)